UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTI McCOY,

Plaintiff,

v.

ANISSA SE LA CRUZ and JOHN JONES,

Defendant.

Case No. 1:26-cv-04988-KES-HBK

ORDER TO SHOW CAUSE AND VACATING INITIAL SCHEDULING CONFERENCE

OCTOBER 20, 2026 DEADLINE

Plaintiff commenced this action on June 29, 2026 and the Clerk of Court issued summons. (Docs. 1, 4). The same day, the Court scheduled an Initial Scheduling Conference for October 15, 2026 and directed the parties to file a Joint Scheduling Report no later than fourteen days prior to the Conference. (Docs. 4, 3).

To date, the parties have not filed a Joint Scheduling Report and Plaintiff has not filed proof of service upon Defendants.

If a defendant "is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Thus, absent a showing of good cause, failure to comply with Rule 4(m) requires dismissal of any unserved defendant. *Id.*

Because more than 90 days have passed and it does not appear any defendant has been

served a copy of the complaint and summons, Plaintiff is directed to show good cause why the defendants should not be dismissed under Rule 4 and/or this case dismissed for Plaintiff's failure to prosecute this action. Fed. R. Civ. P. 41(b).

Accordingly, it is **ORDERED**:

1. No later than October 20, 2026, Plaintiff shall show good cause why the defendants should not be dismissed under Federal Rule of Civil Procedure 4(m) and/or this case dismissed under Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute this action.

2. Plaintiff's failure to timely respond to this Order to Show Cause will result in a recommendation that the district court dismiss Defendants under Rule 4(m), dismiss this action since no defendants or claims remain, and as a sanction for noncompliance with a court order under Local Rule 110.

3. The Clerk of Court is DIRECTED to vacate the October 15, 2026 Initial Scheduling Conference.

Dated: October 5, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE